In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00335-CV


____________________



HECTOR CANTU, Appellant



V.



ESPERANZA HOPE CANTU, Appellee






On Appeal from the 317th District Court 


Jefferson County, Texas


Trial Cause No. C-198,140






MEMORANDUM OPINION


 The appellant, Hector Cantu, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the
appeal. 

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered March 12, 2009

Before Gaultney, Kreger, and Horton, JJ.